UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAR 1 3 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) 4:24CR116 HEA/RHH |
| MERCY OJEDEJI, | ) ) |
| Defendant. | ) ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

(Wire Fraud)

**A.   The Scheme to Defraud**

1. Beginning on or about December 5, 2023, and continuing through on or about March 13, 2024, in the Eastern District of Missouri and elsewhere, the defendant,

**MERCY OJEDEJI,**

devised, and intended to devise, a scheme and artifice to obtain money or property and to defraud CAPREIT dba Greenway Chase, by submitting a false and fraudulent rental application and counterfeit wage verification documents in order to qualify for the rental of an apartment.

2. It was part of the scheme and artifice to defraud and to obtain money and property that:

   a. Defendant submitted an online rental application to CAPREIT dba Greenway Chase that falsely claimed that he had been employed by the University of Missouri and Sherry Williams at Treehouse Resale Shop since September 2023.

    b. Defendant electronically transmitted counterfeit wage verification documents to Vero, an automated tenant screening service used by CAPREIT dba Greenway Apartments.

**B.**   <u>**Wire Transmission**</u>

    3. On or about December 5, 2023, in the Eastern District of Missouri and elsewhere, the defendant,

**MERCY OJEDEJI,**

for the purpose of executing the above-described scheme to defraud, did cause to be transmitted, by means of interstate wire transmission to Vero, certain writings, signs, signals, pictures, and sounds, to include the electronic transmission of counterfeit wage statements from Treehouse Resale Shop dated September 25, 2023 and October 9, 2023 to Vero.

    In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 2

(Wire Fraud)

4. The allegations set forth above are re-alleged and incorporated by reference as if fully set out herein.

5. On or about December 5, 2023, in the Eastern District of Missouri and elsewhere, the defendant,

**MERCY OJEDEJI,**

for the purpose of executing the above-described scheme to defraud, did cause to be transmitted, by means of interstate wire transmission to Vero, certain writings, signs, signals, pictures, and sounds, to include the electronic transmission of counterfeit wage statements from the University of Missouri with ending pay dates of October 31, 2023 and November 30, 2023.

In violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney